**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT**

**CRIMINAL ACTION NO. 3:21-CR-6-GFVT**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**V.**       **UNITED STATES'S RESPONSE TO MOTION TO CONTINUE**

**JOHN GOBLE and**                                                  **DEFENDANTS**
**MICHAEL CRAWFORD**

\* \* \* \* \* \*

The United States, through counsel, herein responds to the requests by both defendants for a continuance of the trial, currently scheduled for July 26, 2021. (DE 28 and DE 29, DE 31). The United States does not oppose the requested continuance. The discovery in the case is quite voluminous, which the Court can consider in determining the complexity of the case. 18 U.S.C. § 3161(h)(7)(b). Further supporting a continuance is the fact that the Government recently discovered that its initial production of discovery to the defense was incomplete. Because the evidence was presented to the Government on numerous and diverse devices and sources, it was difficult to determine exactly what had not been provided. This required the Government to re-do the whole process of evidence logging, loading, and producing discovery to insure completeness. That process in currently being finalized and the supplemental production will occur soon.

A reasonable continuance is warranted.

                                                             Respectfully Submitted,

                    CARLTON S. SHIER, IV
                    ACTING UNITED STATES ATTORNEY

By:   /s/ Kenneth R. Taylor
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4874
       FAX (859) 233-2747
       Ken.Taylor@usdoj.gov

CERTIFICATE OF SERVICE

On May 13, 2021, I electronically filed this document through the ECF system, which will send the notice of electronic filing to counsel of record.

                    /s/ Kenneth R. Taylor
                    Assistant United States Attorney