UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:21-CR-6-GFVT

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                    UNITED STATES'S STATEMENT OF THE CASE

MICHAEL PAUL CRAWFORD                                                          DEFENDANT

* * * * *

This is a criminal case. The indictment charges Michael Crawford with two counts of conspiracy to violate a law of the United States. In both counts, the law of the United States which is the subject of the alleged conspiracy is 18 U.S.C. § 666 (a)(1)(A), which prohibits any person from stealing or misappropriating property that is owned by a government agency that receives substantial federal funding.

The prosecution here alleges in Count One that Michael Crawford, aided by an employee of the Kentucky State Police, engaged in a course of conduct whereby, over a 3-to-4-year period, and without authority, he and another individual, obtained ammunition owned by the Kentucky State Police and stored it at a private location for later use by them. The prosecution alleges, in Count Two of the indictment, that the same individuals, aided by the same Kentucky State Police employee, improperly purchased surplused firearms from the Kentucky State Police in a manner that violated state law, and thereby misappropriated those firearms.

The Defendant, Mike Crawford, maintains his innocence on both counts of the indictment. With regard to Count One, he contends that he did not participate in any scheme to misappropriate ammunition. With regard to Count Two, he contends that his purchase of the firearms was proper and did not constitute a misappropriation of the firearms.

                                      Respectfully submitted,

                                      CARLTON S. SHIER, IV
                                      UNITED STATES ATTORNEY

By:   /s/ Kenneth R. Taylor
       Kenneth R. Taylor
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4874
       FAX (859) 233-2747
       Ken.Taylor@usdoj.gov

## **CERTIFICATE OF SERVICE**

On August 17, 2022, I electronically filed this document through the ECF system, which will send notice to counsel of record.

/s/ Kenneth R. Taylor
Assistant United States Attorney