UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Crim. No. 3:21-cr-00006-GFVT-EBA |
| v. | ) ) ) | **ORDER** |
| MICHAEL CRAWFORD, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff United States' Motion *in limine* to prevent "evidence or argument that 'everyone does it' with respect to the straw purchases of KSP firearms or the theft of KSP ammunition." [R. 141.] The United States filed this motion anticipating that Mr. Crawford "may seek to pursue" this line of questioning. *Id.* Given the anticipatory nature of the United States' motion, the Court deferred ruling on this motion and now denies it as moot.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that the United States' motion *in limine* **[R. 141]** is **DENIED AS MOOT**.

This the 30th day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge